IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RONALD JOE HALL,              )
                             )
        Plaintiff,           )
                             )     CIVIL ACTION NO.
        v.                   )     2:20cv686-MHT
                             )        (WO)
WARDEN BUTLER, et al.,       )
                             )
        Defendants.          )
```

### OPINION AND ORDER

Plaintiff, a state prisoner, filed a motion for preliminary injunction seeking an order that prison authorities transfer back to the prisons from which they came certain inmates who were transferred to Ventress Correctional Facility after testing positive for COVID-19. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, although it has minor concerns about the reasoning, the

court agrees with the conclusion of the magistrate judge. Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 40) is adopted, albeit for somewhat different reasons.

(2) The motion for preliminary injunction (Doc. 8 at 5) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 23rd day of April, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE